IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GEORGE E. DIXON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Civil Action No. |
| | ) | |
| WELLS FARGO BANK, N.A., AS | ) | 3:19-CV-1677-G-BH |
| TRUSTEE FOR THE POOLING AND | ) | |
| SERVICING AGREEMENT DATED AS | ) | |
| OF APRIL 1, 2004, ASSET-BACKED | ) | |
| SECURITIES CORPORATION HOME | ) | |
| EQUITY LOAN TRUST 2004-HE2, | ) | |
| ASSET-BACKED PASSTHROUGH | ) | |
| CERTIFICATES, SERIES 2004-HE2 and | ) | |
| OCWEN LOAN SERVICING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Because the plaintiff has not timely filed an amended complaint, *Defendants' Motion to Dismiss Original Petition and Brief in Support*, filed July 26, 2019 (docket entry 6), is **GRANTED**. By separate judgment, all of the plaintiff's claims will be **DISMISSED with prejudice**.

**SO ORDERED**.

February 3, 2020.

_____
**A. JOE FISH**
**Senior United States District Judge**